THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Steven C.
 Briscoe, Appellant.
 
 
 

Appeal From Dorchester County
Deadra L. Jefferson, Circuit Court Judge
Unpublished Opinion No. 2008-UP-259
Submitted April 1, 2008  Filed May 14,
 2008  
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Senior
 Asst. Atty. Gen. William Edgar Salter, III, all of Columbia; and Solicitor
 David Michael Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER
 CURIAM:  Steven Briscoe
 appeals the circuit courts denial of his motion to quash the jury pursuant to
 his Batson[1] motion.  Briscoe asserts the State discriminated against both Native Americans
 and African-Americans in its use of peremptory challenges.  We find no error in
 the circuit courts treatment of Briscoes Batson motion and affirm the
 judgment and conviction of the circuit court pursuant to Rule 220(b)(2), SCACR
 and the following authorities:  Batson v. Kentucky, 476 U.S. 79 (1986); State
 v. Cochran, 369 S.C. 308, 631 S.E.2d 294 (Ct. App. 2006) (finding in an
 appeal from the grant or denial of a Batson motion, appellate courts
 give deference to the findings of the trial court and apply a clearly erroneous
 standard); Purkett v.
 Elem, 514 U.S. 765 (1995)
 (stating the burden of production shifts to the proponent of the strike to come
 forward with a race-neutral explanation); State v. Adams, 322 S.C. 114, 470 S.E.2d 366 (1996) (adopting the procedures set forth in Purkett).
Accordingly,
 the circuit courts order is
AFFIRMED[2]
HEARN, C.J., and PIEPER, J., and CURETON, A.J., concur.

[1]  Batson
 v. Kentucky, 476 U.S. 79 (1986).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.